UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **EDDIE BETANCOURT,** | CV 14-4879-JLS (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **DAVE DAVEY, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 10, 2016

_____
Josephine L. Staton
United States District Judge